IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA J. KILLIAN, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-1377 |
| v. | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 31st day of January, 2017, after considering the parties' cross-motions for summary judgment (Doc. Nos. 17, 20), the parties' responses in opposition (Doc. Nos. 21, 23), and the various documents attached to the aforementioned filings; and after considering the administrative record and the parties' pleadings (Doc. Nos. 1, 5, 15, 16); accordingly, and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The plaintiff's motion for summary judgment (Doc. No. 17) is **DENIED**;

2. The defendant's motion for summary judgment (Doc. No. 20) is **GRANTED**;

3. Judgment is **ENTERED** in favor of the defendant, Hartford Life and Accident Insurance Company, and against the plaintiff, Donna J. Killian, on Count I of the complaint; and

4. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.